L. Lowys Paul and Another v. Carpenter Furniture Co., Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Jacob Bernstein and Others v. Maurice Singer, Impleaded with Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

James M. Hamilton v. The Carleton Company, Inc.— Motion granted; question certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Rosa Schwenk, an Alleged Incompetent Person.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

H. Randolph Guggenheimer, Individually and for the Benefit of All Other Stockholders and Voting Trust Certificate Holders of the A and. B Common Stock of The Beaver Board Companies, Similarly Situated, v. The Beaver Board Companies, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of The People of the State of New York, by James A. Beha, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of Moscow Fire Insurance Company of Moscow, Russia, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of Daniel A. Dorsey.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of The People of the State of New York, by James A. Beha, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of Moscow Fire Insurance Company of Moscow, Russia, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of Henry F. Lesch.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Joseph Schwartz v. The Equitable Life Assurance Society of the United States.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Bleakley Transportation Company v. Tomkins Cove Stone Co., Inc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of Louis L. Katz, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Marie Ziccardi and Another, as Administrators, etc., v. Cromwell Foundation Co., Inc., Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Ethel M. Colson v. Naomi L. Pelgram and Others and Elizabeth Fleming Stone.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of Supplementary Proceedings: Bertron, Griscom & Co., Inc., v. Abraham C. Wisner.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.